[No. 58302-6-I.   Division One.   November 13, 2007.]

MARY BALLARD, *Appellant,* v. THE DEPARTMENT OF HEALTH, MEDICAL QUALITY ASSURANCE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 05-2-29356-0, George T. Mattson, J., entered May 23, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Becker, JJ.

[No. 58333-6-I.   Division One.   November 13, 2007.]

CURT PRYDE ET AL., *Respondents,* v. JEX BJORN ET AL., *Defendants,* HARRY PRYDE ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-12067-5, Michael S. Spearman, J., entered June 1, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Becker and Schindler, JJ.

[No. 58377-8-I.   Division One.   November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL EUGENE WATKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-00534-8, Andrea A. Darvas, J., entered June 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58459-6-I.   Division One.   November 13, 2007.]

*In the Matter of the Marriage of* ALFOSTER GARRETT, JR., *Appellant,* and BREA D.M. GARRETT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-09058-5, Jay V. White, J., entered June 6, 2006. *Affirmed* by unpublished per curiam opinion.